IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JOYCE GILMORE and<br>CHRISTOPHER THORNTON,<br><br>    Plaintiffs,<br><br>    v.<br><br>LANDER PROPERTIES, LLC,<br>et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO.<br>2:12cv1076-MHT<br>(WO) |

## JUDGMENT

Pursuant to the stipulation of dismissal (Doc. No. 16), it is the ORDER, JUDGMENT, and DECREE of the court that defendants Peter Audie and Eatz, Inc. and the claims against them are dismissed with prejudice, with the parties to bear their own costs and attorneys' fees. Defendants Audie and Eatz, Inc. are terminated as parties.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 19th day of February, 2013.

       /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE