IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JOYCE GILMORE and<br>CHRISTOPHER THORNTON, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:12cv1076-MHT |
| | ) | (WO) |
| LANDER PROPERTIES, LLC,<br>et al., | ) | |
| | ) | |
| Defendants. | ) | |

### JUDGMENT

Pursuant to the stipulation of dismissal (doc. No. 19), it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed in its entirety with prejudice, the parties to bear their own costs, expenses, and fees.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case remains closed.

DONE, this the 2nd day of December, 2013.

_/s/ Myron H. Thompson_
UNITED STATES DISTRICT JUDGE